# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

**PORTSMOUTH AMBULANCE, INC.,**       **Case No. 1:12-cv-774**
***et al.,***

       Plaintiffs,

                                      **Judge Timothy S. Black**

**-vs-**

**UNITED STATES OF AMERICA,**

      Defendant.

_____

### JUDGMENT IN A CIVIL CASE
_____

      **[  ]**    **Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

      **[X]**    **Decision by Court:** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered,

        **IT IS ORDERED AND ADJUDGED** that Defendant's Motion to Dismiss (Doc.6) is **GRANTED**; and the case is **TERMINATED** from the docket of the Court.

Date: May 6, 2013                             **JOHN P. HEHMAN, CLERK**

                                              By: *s/ M. Rogers* _____
                                              Deputy Clerk