## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

**PORTSMOUTH AMBULANCE, INC.,** *et al.*,

    Plaintiffs,

-vs-

**UNITED STATES OF AMERICA,**

    Defendant.

Case No. 1:12-cv-774

**Judge Timothy S. Black**

_____

### JUDGMENT IN A CIVIL CASE
_____

[ ]  **Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

[X]  **Decision by Court:** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered,

**IT IS ORDERED AND ADJUDGED** that Defendant's Motion to Dismiss (Doc.6) is **GRANTED**; and the case is **TERMINATED** from the docket of the Court.

Date: May 6, 2013

**JOHN P. HEHMAN, CLERK**

By: *s/ M. Rogers*
Deputy Clerk